CORCOVELOS LAW GROUP
Thomas C. Corcovelos, Esq. (# 70493)
1001 Sixth Street, Suite 150
Manhattan Beach, California 90266
(310) 374-0116
310-318-3832 FAX
corforlaw@corforlaw.com

**FILED**

**JUL 24 2009**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

Bankruptcy Attorney for Shook Development Corporation

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) CASE NO.: 09-~~16836-RK~~ 27534 VZ |
| | ) |
| Shook Development Corporation | ) |
| | ) Notices of Case Deficiency, Exhibit |
| Debtor, | ) A, Resolution Authorizing Filing, |
| | ) Corporate Ownership Statement, |
| | ) Venue Disclosure, Statement of |
| | ) Related Cases, Summary of |
| | ) Schedules and Statistical Summary, |
| | ) Schedules A, B C, D, E, F, G, H , |
| | ) Statement of Financial Affairs, |
| | ) Disclosure of Compensation, |
| | ) Declaration of Limited Scope of |
| | ) Appearance, Creditor Matrix |
| | ) |

DEBTOR Shook Development Corporation herewith files its

Notices of Case Deficiency, Exhibit A, Resolution Authorizing Filing, Corporate

Ownership Statement, Venue Disclosure, Statement of Related Cases, Summary

of Schedules and Statistical Summary, Schedules A, B C, D, E, F, G, H ,

Statement of Financial Affairs, Disclosure of Compensation, Declaration of

Limited Scope of Appearance, Creditor Matrix

DATED: July 24, 2009

CORCOVELOS LAW GROUP

BY: 

THOMAS CORCOVELOS
Attorneys for Debtor Shook
Development Corporation

-1-

Notices of Case Deficiency, Exhibit A, Resolution Authorizing Filing, Corporate Ownership
Statement, Venue Disclosure, Statement of Related Cases, Summary of Schedules and Statistical
Summary, Schedules A, B C, D, E, F, G, H , Statement of Financial Affairs, Disclosure of
Compensation, Declaration of Limited Scope of Appearance, Creditor Matrix

NOT APPLICABLE

### Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

*[Caption as in Form 16B]*

# Exhibit "A" to Voluntary Petition

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                                          $ _____

   b. Total debts (including debts listed in 2.c., below)                   $ _____

|  |  | Approximate Number of holders |
|---|---|---|

   c. Debt securities held by more than 500 holders.

   ☐ secured    ☐ unsecured    ☐ subordinated        $ _____        _____

   ☐ secured    ☐ unsecured    ☐ subordinated        $ _____        _____

   ☐ secured    ☐ unsecured    ☐ subordinated        $ _____        _____

   ☐ secured    ☐ unsecured    ☐ subordinated        $ _____        _____

   ☐ secured    ☐ unsecured    ☐ subordinated        $ _____        _____

   d. Number of shares of preferred stock                     _____        _____

   e. Number of shares common stock                           _____        _____

   Comments, if any:

   _____
   _____
   _____

3. Brief description of debtor's business:

   _____
   _____
   _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   _____
   NOT APPLICABLE
   _____

**Resolution Authorizing Filing of Bankruptcy Petition Under Chapter 11**

I, Gene Shook, hereby certify:

That I am the President and Director and Trustee of Shareholder of Shook Development Corporation ("Company"). Pursuant to the Bylaws of the Company and the California Corporations Code, on July 9, 2009, the Director and Shareholder of the Company adopted the following resolution:

**Resolved, that Shook Development Corporation be and hereby is authorized and directed to file a Bankruptcy Petition Under Chapter 11, and that Gene Shook, the President, Director and Trustee of Shareholder of Shook Development Corporation, is authorized and directed to execute any and all documentation necessary and appropriate thereto.**

Dated: July 24, 2009

_____
Gene Shook, President
Director and Trustee of Shareholder of
Shook Development Corporation

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None_____

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____N/A_____

_____

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____None_____

_____

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____None_____

_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on July 24, 2009 at Hermosa Beach, California     _____
                                                              Debtor
                                                           **Shook Development Corporation by Gene Shook**

Dated: July 24 2009                                        _____
                                                              Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

Revised May 2004                                          **F-1015-2.1**

| In re | CASE NUMBER: |
|---|---|
| Debtor. | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____ | _____ | _____ |
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

# F 1015-2.1

# United States Bankruptcy Court
## Central District of California

In re    Shook Development Corporation

                 Debtor

Case No.    09-27534-VZ

Chapter    11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 48,500,000 | | |
| B – Personal Property | YES | 3 | $ 8,080,755 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 40,661,602 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 433,364 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| **TOTAL** | | 18 | $ 56,580,755 | $ 41,094,966 | |

Bankrupcy2009 ©1991-2009, New Hope Software, Inc. ver. 4.4.9-738 - 32696

# United States Bankruptcy Court
### Central District of California

In re **Shook Development Corporation**

Debtor

Case No. **09-27534-VZ**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

B6A (Official Form 6A) (12/07)

In re   Shook Development Corporation             Case No.  09-27534-VZ
                    Debtor                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Commercial Building, 128,885 sq ft mixed use with 190,000 sq ft 6 level parking garage<br><br>1601 Pacific Coast Highway<br>Hermosa Beach, CA 90266 | Fee Simple | | 48,500,000 | 38,000,000 |
| | | Total ➤ | 48,500,000 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

In re  Shook Development Corporation                              Case No.  09-27534-VZ
                        **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo acct 1501 Pacific Coast Hwy Hermosa Beach | | 4,307 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Gas Co, PO Box C Monterey Park CA | | 3,160 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 2980 shares of 360 Networks Inc | | 100 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-758  -  32606

In re   Shook Development Corporation                          Case No.   09-27534-VZ
                          **Debtor**                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Business | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Claim against Howard S. Wright Construction | | 8,000,000 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Forklift<br>Business | | 5,000 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

B6B (Official Form 6B) (12/07) -- Cont.

In re   Shook Development Corporation                           Case No.   09-27534-VZ
                   Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Furnishings and supplies | | 13,000 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Computer Equipment | | 5,188 |
| | | Business | | |
| | | Machinery and equipment | | 50,000 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 33606

In re   Shook Development Corporation                              Case No.   09-27534-VZ
_____
                    **Debtor**                                                   **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds
$136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

In re   Shook Development Corporation                         ,          Case No 09-27534-VZ
_____
         **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ADLER, GEORGE<br>1601 Pacific Coast Hwy, Suite 290<br>Hermosa Beach CA 90254<br><br>VALUE $ 48,500,000 | | | Security: Real Property | | | | 85,000 | 0 |
| ACCOUNT NO.<br><br>Howard S. Wright Construction<br>1111 S Grand Ave<br>Los Angeles, CA 90015-2176<br><br>VALUE $ 48,500,000 | | | Lien: Mechanics<br>Security: Property | | | X | 1,399,643 | 0 |
| ACCOUNT NO.<br><br>Jayar Manufacturing Co,<br>3700 Cypress Ave<br>El Monte, CA 91731-2797<br><br>VALUE $ 48,500,000 | | | Lien: Mechanics<br>Security: Real Property | | | | 29,819 | 0 |

__2__ continuation sheets attached

Subtotal ▶     $ 1,514,462    $ 0
(Total of this page)

Total ▶    $      $
(Use only on last page)

(Report also on     (If applicable, report
Summary of Schedules)   also on Statistical
Summary of Certain
Liabilities and Related
Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

In re   <u>Shook Development Corporation</u>  ,
    Case No.   <u>09-27534-VZ</u>

      **Debtor**
                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LA County Tax Collector <br> PO Box 54018 <br> Los Angeles CA 90054 | | | Security: Real Property <br><br><br> VALUE $    48,500,000 | | | | 143,073 | 0 |
| ACCOUNT NO. <br><br> LUCKY GLASS LLC <br> 4720 Marine Ave. <br> Lawndale CA 90260 | | | Lien: Mechanics <br> Security: Real Property <br><br> VALUE $    48,500,000 | | | | 52,919 | 0 |
| ACCOUNT NO. <br><br> MAGNUM BUILDERS <br> 25419 Narbonne Ave <br> Lomita CA 90717 | | | Security: Real Property <br><br><br> VALUE $    48,500,000 | | | | 258,653 | 0 |
| ACCOUNT NO. <br><br> PREFERRED BANK <br> 601 S Figueroa St <br> Los Angeles CA 90017 | | | <br><br> VALUE $    48,500,000 | | | | 38,000,000 | 0 |
| ACCOUNT NO. <br><br> RW SMITH & CO. <br> PO Box 26160 <br> San Diego CA 92196 | | | Lien: Mechanics <br> Security: Real Property <br><br> VALUE $    48,500,000 | | | | 248,080 | 0 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-738 - 32606

Sheet no. <u>1</u> of <u>2</u> continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                        Subtotal (s)   | $ | **38,702,725** | $ |
(Total(s) of this page)

                        Total(s)   | $ | | $ |
(Use only on last page)

            (Report also on        (If applicable, report
          Summary of Schedules)   also on Statistical
                              Summary of Certain

In re ___Shook Development Corporation_____,     Case No. ___09-27534-VZ_____
                     Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SHEPPARD MULLIN <br>48th Floor 333 South Hope St <br>LA, CA 90071 | | | Security: Real Property <br><br><br> VALUE $        250,000 | | | | 444,415 | 194,415 |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶ (Total(s) of this page)

Total(s) ▶ (Use only on last page)

| | |
|---|---|
| $   444,415 | $   194,415 |
| $   40,661,602 | $   194,415 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

In re  Shook Development Corporation
          Debtor
,

Case No.  09-27534-VZ
        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver. 4.4.9-738 - 32606

In re    Shook Development Corporation_____,    Case No._____09-27534-VZ_____
                        Debtor                                                    (if known)


☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐    **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☐    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                        0
                        ____ **continuation sheets attached**

In re   Shook Development Corporation                ,          Case No.   09-27534-VZ
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| American Arbitration Association 6795 North Palm Ave., 2nd Floor Fresno CA 93704" | | | | | | | 6,899 |
| ACCOUNT NO. | | | | | | | |
| B Wilson Partners LLC 5251 California Ave Ste 120 Irvine CA 92617" | | | | | | | 12,000 |
| ACCOUNT NO. | | | | | | | |
| Barkley Court Reporters, Inc. 6151 W Century Blvd Ste 916 Los Angeles CA 90245" | | | | | | | 1,432 |
| ACCOUNT NO. | | | | | | | |
| California Water Service Company 1720 N 1st St San Jose, CA 95112-4598 | | | | | | | 25 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

4  continuation sheets attached

Subtotal ➤ | $ | 20,356
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Shook Development Corporation                    ,          Case No.  09-27534-VZ
Debtor                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Cellar Masters 2088-A Anchor Court Newbury Park CA 91320" | | | | | | X | 6,450 |
| ACCOUNT NO. | | | | | | | |
| City National Security 6151 W Century Blvd, Ste 916 Los Angeles CA 90245" | | | | | | | 5,355 |
| ACCOUNT NO. | | | | | | | |
| Conrad Associates 7120 Havenhurst Ave Suite 214 Van Nuys CA 91406" | | | | | | | 1,942 |
| ACCOUNT NO. | | | | | | | |
| Consolidated Disposal Svc 12949 Telegraph Rd Santa Fe Springs, CA 90670-400 | | | | | | | 589 |
| ACCOUNT NO. | | | | | | | |
| Forensic Tile Consultants 9541 Vervain Street San Diego CA 92129-3523" | | | | | | | 990 |

Sheet no. __1__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  15,326

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Shook Development Corporation                          ,       Case No.  09-27534-VZ
_____                              _____
                     **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ForensisGroup, Inc. 3452 Foothill Blvd Ste 1160 Pasadena CA 91107-3160" | | | | | | | 6,620 |
| ACCOUNT NO. | | | | | | | |
| Home Depot P.O. BOX 6029 THE LAKES NV 88901-6029" | | | | | | | 11,900 |
| ACCOUNT NO. | | | | | | | |
| ITC 1601 Pacific Coast Highway Suite 290 Hermosa Beach, CA 90254 | | | | | | | 281,000 |
| ACCOUNT NO. | | | | | | | |
| Kring & Chung Attorneys LLP 38 Corporate Park Drive Irvine CA 92606" | | | | | | | 33,662 |
| ACCOUNT NO. | | | | | | | |
| Neil D. Kugel, C.P.A. 19108 Derwent Place Northridge CA 91326" | | | | | | | 6,727 |

Sheet no. _2_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured                     Subtotal ➤  | $ | 339,909
Nonpriority Claims

                                                                Total ➤  | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

In re  Shook Development Corporation                    ,     Case No. __09-27534-VZ__
　　　　　　　　　　 Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Parking Concepts, Inc. 12 Mauchly, Building I Irvine CA 92618" | | | | | | | 33,783 |
| ACCOUNT NO. | | | | | | | |
| Ribb Accountancy 1198 Pacific Coast Hwy D310 Seal Beach CA 90740" | | | | | | | 7,550 |
| ACCOUNT NO. | | | | | | | |
| Roofing & Waterproofing Forensics 22765 La Palma Ave Yorba Linda CA 92887-4772" | | | | | | | 3,828 |
| ACCOUNT NO. | | | | | | | |
| Schindler Elevator Corporation PO Box 93050 Chicago IL 60673-3050" | | | | | | | 3,706 |
| ACCOUNT NO. | | | | | | | |
| Secretary of State 1500 11th Street Sacramento, California 95814 | | | | | | | 25 |

Sheet no. _3_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 48,892
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-788 - 32606

In re  Shook Development Corporation                    ,        Case No.  09-27534-VZ
       _____                               _____
              **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Shook Family Trust<br>1601 Pacific Coast Highway, Ste 300<br>Hermosa Beach, CA 90254 | | | Consideration: Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>South Bay Fire Extinguisher Co.<br>1068 Aviation Blvd.<br>Hermosa Beach CA 90254" | | | | | | | 789 |
| ACCOUNT NO. <br><br>Summit Consulting International<br>18662 Macarthur Blvd<br>Irvine, CA 92612 | | | | | | | 1,122 |
| ACCOUNT NO. <br><br>Veritext Los Angeles Reporting Co.<br>550 South Hope Street Suite 1775<br>Los Angeles CA 90071" | | | | | | | 6,659 |
| ACCOUNT NO. <br><br>Verizon<br>P.O. Box 3397<br>Bloomington, IL 61702 | | | | | | | 311 |

Sheet no. __4__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 8,881

Total ➤ | $ | 433,364

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

In re <u>Shook Development Corporation</u>    Case No. <u>09-27534-VZ</u>

            **Debtor**                                            **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| IDEAL 55 By Mark Kordonsky<br>1601 Pacific Coast Highway Suite 250<br>Hermosa Beach CA 90254 | Wine storage facility lease ending on December 31, 2018 with Shook Develppment Corp as landlord |
| LAW OFFICE OF MICHAEL GOERGEN<br>1601 Pacific Coast Highway Suite 290<br>Hermosa Beach CA 90254 | Storage room facility lease ending on February 28, 2010 with Shook Development Corp as landlord |
| M.J. MOORE & ASSOCIATES<br>1601 Pacific Coast Highway Suite 290<br>Hermosa Beach CA 90254 | Storage room facility lease ending on February 28, 2012 with Shook Development Corp as landlord |
| CREATIVE WORKFORCE By Mark Kordonsky<br>1601 Pacific Coast Highway Suite 250<br>Hermosa Beach CA 90254 | Storage room facility lease ending on December 31, 2009 with Shook Development Corp as landlord |
| BEACH CITIES R.E. INC<br>DBA Keller Williams Beach Cities<br>1601 Pacific Coast Highway Suite 265<br>Hermosa Beach CA 90254 | Office space lease ending on March 17, 2011 with Shook Development Corp as landlord |
| COAST CAPITAL GROUP By Christian Salceda<br>1601 Pacific Coast Highway Suite 245<br>Hermosa Beach CA 90254 | Office space lease ending on December 31, 2010 with Shook Development Corp as landlord |
| 24 HOUR FITNESS USA, INC.<br>12647 Alcosta Blvd. Suite 500<br>San Ramon, CA 94583 | Office space lease ending on July 26, 2020 with Shook Development Corp as landlord |

In re Shook Development Corporation
_____
Debtor

Case No. 09-27534-VZ
_____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| INVESTMENT TEAM CONCEPTS, INC. DBA Seaside Office Suites 1601 Pacific Coast Highway Suite 290 Hermosa Beach CA 90254 | Office space lease ending on September 23, 2010 with Shook Development Corp as landlord |
| PAVILION RESTAURANT GROUP 1601 Pacific Coast Highway Suite 175 Hermosa Beach CA 90254 | Restaurant and retail space lease ending on April 21, 2018 with Shook Development Corp as landlord |
| GLEN IVY HOT SPRINGS 25000 Glen Ivy Road Corona, CA 92883 | Lease termination agreement ending on December 31, 2010 with Shook Development Corp as landlord |
| Investment Team Concepts Inc DBA Seaside Office Suites 1601 Pacific Coast Highway Suite 290 | Property Maintenance and Management |
| | |
| | |
| | |
| | |

B6H (Official Form 6H) (12/07)

In re  <u>Shook Development Corporation</u>                    Case No.  <u>09-27534-VZ</u>
        **Debtor**                                                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Gene Shook<br>1601 Pacific Coast Highway, Ste 300<br>Hermosa Beach, CA 90254 | PREFERRED BANK<br>601 S Figueroa St<br>Los Angeles CA 90017 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738  - 32606

B6 (Official Form 6 - Declaration) (12/07)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                      Debtor:

Date _____     Signature: _____
                                                (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     Social Security No.
Printed or Typed Name and Title, if any,     *(Required by 11 U.S.C. § 110.)*
of Bankruptcy Petition Preparer

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____     _____
     Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the ___President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **Shook Development Corporation** [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __20__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___July 24, 2009_____     Signature: _____

                                                            **GENE SHOOK**
                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

# UNITED STATES BANKRUPTCY COURT
### Central District of California

In Re  Shook Development Corporation

Case No.  09-27534-VZ
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

**None**

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2009 | 1,740,237 | Gross rents from financials |
| 2008 | 3,580,481 | Gross rents from financials |
| 2007 | 3,469,158 | Gross rents from financials |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

**2. Income other than from employment or operation of business**

None
☒

      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT                                                            SOURCE

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)☐any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative☐repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

☒   **c. All debtors:** List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Howard S. Wright Construction Co. v Shook Development Corporation, et al., LASC # YC052416 | Action to Confirm Disputed Arbitration Award | Los Angeles Superior Court, Redondo Beach, CA 90277 | Pending |
| Pavilion Restaurant Group, LLC v Caitlin Stansbury, et al., LASC # YC058949 | Action and cross-actions with employee of tenant who alleges claims against Debtor | Los Angeles Superior Court, Redondo Beach, CA 90277 | Pending |
| M Squard Concepts et al v Pavilion Restaurant Group LLC et al, LASC # BC405850 | Contract | Los Angeles Superior Court, Central | Pending |
| Jayar Manufacturing Company v AVCA Fixture System Inc at al, LASC # YC058333 | Mechanics Lien | Los Angeles Superior Court Redondo Beach | Pending |
| Magnim Builders Inv v Shook Development Corp et al, LASC #YC058308 | Mechanics Lien | Los Angeles Sup Ct Torrance CA | Pending |
| Shook Development Corporation et al v Nicodemus Plumbing et al, OC # 08-00106339 | Disgorgement of payment to unlicensed k'or | Orange Cy Sup Ct Central | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| RW Smith et al v Shook Development Corporation, et al, LASC # YC058519 | Mechanics Lien | LASC Redondo Beach | Pending |
| ARK Fire Protection v Howard S Wright et al, LASC # YC052559 | Contract | LASC Redondo Beach | Pending |
| Bow Tile Corp v Howard S Wright et al, LASC # BC347437 | Contract | LASC Central | Pending |
| Nuway Inc v Howard S Wright, et al, LASC # SB06C00983 | Contract | LASC Redondo Beach | Pending |
| West Coast Door v Howard S Wright, et al, LASC # SB06C00466 | Contract | LASC Redondo Beach | Pending |
| Morrison Concrete v Howard S Wrioght et al, LASC # BC 348599 | Contract | LASC Central | Pending |
| GRS Prospect et al v Howard S Wright, et al, LASC # YC053221 | Contract | LASC Redondo Beach | Pending |

None ☒   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None ☒      a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None ☒      b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒      List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒       List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐       List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Thomas Corcovelos<br>Corcovelos Law Group<br>1001 Sixth Street, Suite 150<br>Manhattan Beach, CA 90266 | 1/2 on 6/30/09 and 1/2 on 7/9/09 | 25000 |

**10. Other transfers**

None ☒    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

      b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Wells Fargo Hermosa Beach CA | Checking Closing Balance: 334 | 7/16/09 |

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

**15. Prior address of debtor**

None



    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                    NAME USED                  DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None



    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

             NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME             NAME AND ADDRESS         DATE OF         ENVIRONMENTAL
AND ADDRESS       OF GOVERNMENTAL UNIT      NOTICE            LAW

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐         bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| Ribb Accountancy<br>PO Box 321<br>Sisters, OR 97759 | 2008-09 |

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☐         case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| Ribb Accountancy<br>PO Box 321<br>Sisters, OR 97759 | | 2008-09 |

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐         books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| Ribb Accountancy<br>PO Box 321<br>Sisters, OR 97759 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
a financial statement was issued within the two years immediately preceding the commencement of this case by
the debtor.

None ☐

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Preferred Bank | 2008-09 |

**20. Inventories**

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
taking of each inventory, and the dollar amount and basis of each inventory.

None ☒

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b. List the name and address of the person having possession of the records of each of the two inventories
reported in a., above.

None ☒

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

None ☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Gene Shook 1601 Pacific Coasy Highway, Ste 300 Hermosa Beach, CA 90254 | President, Director | |
| Shook Family Trust 1601 Pacific Coasy Highway, Ste 300 Hermosa Beach, CA 90254 | Shareholder | 100% |

**22. Former partners, officers, directors and shareholders**

None
☒

a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|-------------------|

None
☒

b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|--------------------|

**23.   Withdrawals from a partnership or distribution by a corporation**

None
☒

If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24.   Tax Consolidation Group**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|------|------|

**25.   Pension Funds**

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|------|------|

*    *    *    *    *    *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _July 24, 2009_                Signature _[signature]_

GENE SHOOK,
President

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_0_ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 32606

# United States Bankruptcy Court
## Central District of California

In re  Shook Development Corporation

Case No. _____09-27534-VZ_____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

   For legal services, I have agreed to accept ...................................………………….... $ _____0_____

   Prior to the filing of this statement I have received ......................................…................. $ _____25,000_____

   Balance Due ...................................…………………………………...................... $ _____0_____

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

   $400 per hour for services beyond the $25,000 paid

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____7/24/09_____
Date

_____
Signature of Attorney

Corcovelos Law Group
Name of law firm

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
Attorney for Debtor Mammoth San Juan Capistrano LLC

Thomas Corcovelos   State Bar # 70493
**Corcovelos Law Group**
1001 Sixth Street, Suite 150
Manhattan Beach CA 90266
310-374-0116
corforlaw@corforlaw.com

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHAPTER ___11__ CASE NUMBER 09-27534

In re: Shook Development Corporation

Debtor.

(No Hearing Required)

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1.1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.
2. On (specify date)   June 29, 2009 , I agreed with the Debtor that for a fee of $ 25,000, I would
provide only the following services:

   a. ☒ Prepare and file the Petition and Schedules
   b. ☒ Represent the Debtor at the 341(a) Meeting
   c. ☒ Represent the Debtor in any relief from stay actions
   d. ☒ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to
11 U.S.C. § 727
   e. ☒ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. §
523 ☐
   f. ☒ Other (specify) Services at the hourly rate of $400 when time exceeds the $25000
3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and
   that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated:  July 22, 2009

Corcovelos Law Group
*Law Firm Name*

I HEREBY APPROVE THE ABOVE:

By:

_____
*Signature of Debtor*
**Shook Development Corporation by Gene Shook**

Name:  Thomas Corcovelos
*Attorney for Debtor*

*Rev. 1/01*  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 2090-1.1**

Declaration Re: Limited Scope of Appearance -*Page 2* F 2090-1.1

In re Shook Development Corporation

                                        Debtor.

                                        CASE NUMBER

                                        09-27534

## PROOF OF SERVICE

On July 24, 2009 I served the foregoing document described as: DECLARATION RE: LIMITEDSCOPE OF APPEARANCE

PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 on the interested parties at their last knownaddress in this action by

placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in theUnited States Mail at

Manhattan Beach , California, addressed as set forth below.

Shook Development Corporation, 1601 Pacific Coasy Hwy, Ste 300, Hermosa Beach CA 90254.

I am employed in the County of Los Angeles , State of California. I am over the age of 18 and not a partyto the within action.
My business address is as follow: 1001 Sixth Street, Suite 150, Manhattan Beach CA 90266

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**
• Addresses continued on attached page

☒ I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Dated: July 24, 2009



Thomas Corcovelos

Rev. 1/01 This form is optional. It has been approved for use by the United States Bankruptcy Court for the
Central District of California.

                                        F 2090-1.1

Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)*
Thomas Corcovelos SBN 70493

1001 Sixth Street, Suite 150 6th St., Ste 150

Manhattan Beach CA 90266

310-374-0116

310-318-3832 FAX

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

    Shook Development Corporation

                             Debtor.

CHAPTER 11

CASE NUMBER    09-27534-VZ

(No Hearing Required)

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
## *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:

        1601 Pacific Coast Highway, Ste 300

        Hermosa Beach, CA 90254

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

        1601 Pacific Coast Highway, Ste 300

        Hermosa Beach, CA 90254

3.    Disclose the current business address(es) for all corporate officers:

        1601 Pacific Coast Highway, Ste 300

        Hermosa Beach, CA 90254

4.    Disclose the current business address(es) where the Debtor's books and records are located:

        1601 Pacific Coast Highway, Ste 300

        Hermosa Beach, CA 90254

| In re | CHAPTER 11 |
|---|---|
| Shook Development Corporation | |
| Debtor. | CASE NUMBER 09-27534-VZ |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

> 1601 Pacific Coast Highway, Ste 300
>
> Hermosa Beach, CA 90254

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

> None

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):

> Gene Shook
>
> 1601 Pacific Coast Highway, Ste 300
>
> Hermosa Beach, CA 90254

8. Total number of attached pages of supporting documentation: _____0_____

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the ___24___ day of _____July_____, 20_09___, at _____Hermosa Beach_____, California.

Gene Shook
_____
*Type Name of Officer*

_____
*Signature of Declarant*

President
_____
*Position or Title of Officer*

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

# Corporate Ownership Statement
## LISTED IN CREDITORS' MATRIX ALSO

I, Gene Shook, hereby certify:

That I am the President of Shook Development Corporation ("Company"). The following is the complete list of all equity security holders of the Company:

Shook Family Trust                    100% Stockholder

Dated: July 24, 2009

Gene Shook
President of Shook Development Corporation

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   Shook Development Corporation _____ ,

                       Debtor

Case No.   09-27534-VZ _____

Chapter   11 _____

## VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 6 pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule 105(6). I assume all responsibility for errors and omissions.

Date _July 24, 2009_____   Signature _____

                                                       GENE SHOOK,
                                                       President

Thomas Corcovelos
Corcovelos Law Group
1001 Sixth Street,
Suite 150
Manhattan Beach, CA 90266
310-374-0116

Shook Development Corporation
1601 Pacific coast Highway, Suite 300
Hermosa Beach, CA 90254


Thomas Corcovelos
Corcovelos Law Group
1001 Sixth Street, Suite 150
Manhattan Beach, CA 90266


Office of the US Trustee
725 South Figueroa St.,Ste 2600
Los Angeles, CA 90017

24 HOUR FITNESS USA, INC.
12647 Alcosta Blvd. Suite 500
San Ramon, CA 94583


ADLER, GEORGE
1601 Pacific Coast Hwy, Suite 290
Hermosa Beach CA 90254


American Arbitration Association
6795 North Palm Ave., 2nd Floor
Fresno CA 93704"


B Wilson Partners LLC
5251 California Ave Ste 120
Irvine CA 92617"


Barkley Court Reporters, Inc.
6151 W Century Blvd Ste 916
Los Angeles CA 90245"


BEACH CITIES R.E. INC
DBA Keller Williams Beach Cities
1601 Pacific Coast Highway Suite 265
Hermosa Beach CA 90254


California Water Service Company
1720 N 1st St
San Jose, CA 95112-4598


Cellar Masters
2088-A Anchor Court
Newbury Park CA 91320"


City National Security
6151 W Century Blvd, Ste 916
Los Angeles CA 90245"


COAST CAPITAL GROUP By Christian Salceda
1601 Pacific Coast Highway Suite 245
Hermosa Beach CA 90254

Conrad Associates
7120 Havenhurst Ave Suite 214
Van Nuys CA 91406"

Consolidated Disposal Svc
12949 Telegraph Rd
Santa Fe Springs, CA 90670-400

CREATIVE WORKFORCE By Mark Kordonsky
1601 Pacific Coast Highway Suite 250
Hermosa Beach CA 90254

Forensic Tile Consultants
9541 Vervain Street
San Diego CA 92129-3523"

ForensisGroup, Inc.
3452 Foothill Blvd Ste 1160
Pasadena CA 91107-3160"

Gene Shook
1601 Pacific Coast Highway, Ste 300
Hermosa Beach, CA 90254

GLEN IVY HOT SPRINGS
25000 Glen Ivy Road
Corona, CA 92883

Home Depot
P.O. BOX 6029
THE LAKES NV 88901-6029"

Howard S. Wright Construction
1111 S Grand Ave
Los Angeles, CA 90015-2176

IDEAL 55 By Mark Kordonsky
1601 Pacific Coast Highway Suite 250
Hermosa Beach CA 90254

Investment Team Concepts Inc
DBA Seaside Office Suites
1601 Pacific Coast Highway Suite 290

INVESTMENT TEAM CONCEPTS, INC.
DBA Seaside Office Suites
1601 Pacific Coast Highway Suite 290
Hermosa Beach CA 90254


ITC
1601 Pacific Coast Highway Suite 290
Hermosa Beach, CA 90254


Jayar Manufacturing Co,
3700 Cypress Ave
El Monte, CA 91731-2797


Kring & Chung Attorneys LLP
38 Corporate Park Drive
Irvine CA 92606"


LA County Tax Collector
PO Box 54018
Los Angeles CA 90054


LAW OFFICE OF MICHAEL GOERGEN
1601 Pacific Coast Highway Suite 290
Hermosa Beach CA 90254


LUCKY GLASS LLC
4720 Marine Ave.
Lawndale CA 90260


M.J. MOORE & ASSOCIATES
1601 Pacific Coast Highway Suite 290
Hermosa Beach CA 90254


MAGNUM BUILDERS
25419 Narbonne Ave
Lomita CA 90717


Neil D. Kugel, C.P.A.
19108 Derwent Place
Northridge CA 91326"


Parking Concepts, Inc.
12 Mauchly, Building I
Irvine CA 92618"

PAVILION RESTAURANT GROUP
1601 Pacific Coast Highway Suite 175
Hermosa Beach CA 90254


PREFERRED BANK
601 S Figueroa St
Los Angeles CA 90017


Ribb Accountancy
1198 Pacific Coast Hwy D310
Seal Beach CA 90740"


Roofing & Waterproofing Forensics
22765 La Palma Ave
Yorba Linda CA 92887-4772"


RW SMITH & CO.
PO Box 26160
San Diego CA 92196


Schindler Elevator Corporation
PO Box 93050
Chicago IL 60673-3050"


Secretary of State
1500 11th Street
Sacramento, California 95814


SHEPPARD MULLIN
48th Floor 333 South Hope St
LA, CA 90071


Shook Family Trust
1601 Pacific Coast Highway, Ste 300
Hermosa Beach, CA 90254


South Bay Fire Extinguisher Co.
1068 Aviation Blvd.
Hermosa Beach CA 90254"


Summit Consulting International
18662 Macarthur Blvd
Irvine, CA 92612

Veritext Los Angeles Reporting Co.
550 South Hope Street Suite 1775
Los Angeles CA 90071"

Verizon
P.O. Box 3397
Bloomington, IL 61702

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 1001 Sixth St., Ste. 150, Manhattan Beach, California 90266.

On July 24, 2009 , I served the within Notices of Case Deficiency, Exhibit A, Resolution Authorizing Filing, Corporate Ownership Statement, Venue Disclosure, Statement of Related Cases, Summary of Schedules and Statistical Summary, Schedules A, B C, D, E, F, G, H , Statement of Financial Affairs, Disclosure of Compensation, Declaration of Limited Scope of Appearance, Creditor Matrix on the parties in this case, by enclosing a true copy thereof in a sealed envelope, with first class postage thereon fully prepaid, and deposited it in the U.S. mail at Manhattan Beach, California, addressed as follows:

Office of the US Trustee
725 S. Figueroa St., Ste 2600
Los Angeles CA 90017

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this is executed on July 24, 2009 , at Manhattan Beach, California.

_____
Thomas Corcovelos

-2-