CORCOVELOS LAW GROUP
Thomas C. Corcovelos, Esq. (# 70493)
1001 Sixth Street, Suite 150
Manhattan Beach, California 90266
(310) 374-0116
310-318-3832 FAX
corforlaw@corforlaw.com

Bankruptcy Attorney for Shook Development Corporation



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Shook Development Corporation<br><br>Debtor, | CASE NO.: 09-27534-VZ<br><br>STATUS REPORT<br>DECLARATION OF THOMAS<br>CORCOVELOS<br><br>Date: September 3, 2009<br>Tine: 9:30 AM<br>Place: Ctrm 1368 |

### DECLARATION OF THOMAS CORCOVELOS

I, Thomas Corcovelos, declare:

I am the attorney of record for Debtor in Possession Shook Development Corporation, have personal knowledge of all the facts herein, and if called upon to testift, would competently testify thereto.

A. The Disclosure Statement has not been filed and served because it is still in the process of being prepared. I anticipate that the Disclosure Statement will be in shape to be filed on or before September 28, 2009.

B. I fully defer to the Court's discretion in setting a deadline for filing of claims and a deadline for filing and serving objections to claims as, <u>with one exception</u>, I do not forsee any disputes arising over the liquidated amounts of the claims.

<u>The one exception</u> is the claim of Howard S. Wright Construction

Co., which had been engaged in arbitration and litigation in state court over the issue of the amount of the claim. As to that, the parties are stipulating to allow limited relief from stay to enable the state court to name and serve parties other than the Debtor as Doe defendants in the state court action.

Prior to the commencement of this Chapter 11, the Debtor filed objections to the confirmation of the arbitration award, and these objections will be at issue in the state court hearing on the confirmation. After that hearing, should the award be confirmed, and should the parties not reach agreement as to these issues, it is anticipated that the issues of whether the Howard S. Wright Construction Co. claim is secured or unsecured, and the priority among resulting secured creditors, will be brought before this Court. This should happen before December 1, 2009.

C. The Debtor has performed all of its duties under 11 USC §§ 521, 1106 and 1107.

D. The Debtor owns and operates a commercial building in the City of Hermosa Beach entitled the Hermosa Pavilion. The anchor tenant is 24 Hour Fitness, which is current in its rent. The second primary tenant was Glen Ivy Hot Springs, a day spa. Prior to commencement of the Chapter 1, Glen Ivy negotiated an early termination of lease, with residual payments through December 2009, and other tenants, including Keller Williams Realty, received rent reductions due to the economic downturn, to avoid default and vacating. Debtor is aggressively trying to lease out the empty space, and is in process with the City of Hermosa Beach seeking to change the City's earlier requirement of free parking at the Pavilion. If successful, paid parking will significantly boost revenues.

Debtor is negotiating a cash collateral stipulation with the primary lender Preferred Bank, and reached agreement on interim approval for payment of specific necessary expenses to keep the building from shutting down. Stipulation

-2-
STATUS REPORT DECLARATION OF THOMAS CORCOVELOS

was also reached with creditor Howard S. Wright Construction Co. regarding limited relief from stay, as noted above.

Key to successful reorganization are the rent-out efforts and the parking income. It is anticipated that rentals will increase in the fourth quarter of 2009, during which time there will also be an answer from the City of Hermosa Beach regarding parking revenues. Also key will be negotiations with Preferred Bank regarding the loans on the property, which will also be a focus of the Plan of Arrangement.

E. Applications for employment of counsel for the Debtor in the Chapoter 11, and for counsel to represent Debtor in the state court litigation with creditor Howard S. Wright Construction Co. are being prepared and will be filed within a week, as well as applications for employment of an accountant for the Debtor. Counsel for the Debtor was paid $25,000 prior to the commencement of the Chapter 11 petition, to cover all attorneys' fees and costs through the 341A examination and the preparation and filing of the disclosure statement and plan of arrangement. Detailed budget of estimated fees and expenses to be incurred by the professionals will be submitted with the applications in the next few days.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on August 24, 2009 at Manhattan Beach, CA.

DATED: August 24, 2009            CORCOVELOS LAW GROUP

BY: _____
THOMAS CORCOVELOS
Attorneys for Debtor

-3-
STATUS REPORT DECLARATION OF THOMAS CORCOVELOS

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 1001 Sixth St., Ste. 150, Manhattan Beach, California 90266.

On August 24, 2009, I served the within STATUS REPORT DECLARATION OF THOMAS CORCOVELOS on the parties in this case, by enclosing a true copy thereof in a sealed envelope, with first class postage thereon fully prepaid, and deposited it in the U.S. mail at Manhattan Beach, California, addressed as follows:

Office of the US Trustee
725 S. Figueroa St., Ste 2600
Los Angeles CA 90017

See Attached List for Additional Recipients

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this is executed on August 24, 2009 at Manhattan Beach, California.

_____
Thomas Corcovelos

-4-
STATUS REPORT DECLARATION OF THOMAS CORCOVELOS

ADLER, GEORGE
1601 Pacific Coast Hwy, Suite 290
Hermosa Beach CA 90254

Howard S. Wright Construction
1111 S Grand Ave
Los Angeles, CA 90015-2176

Jayar Manufacturing Co,
3700 Cypress Ave
El Monte, CA 91731-2797

LA County Tax Collector
PO Box 54018
Los Angeles CA 90054

LUCKY GLASS LLC
4720 Marine Ave.
Lawndale CA 90260

MAGNUM BUILDERS
25419 Narbonne Ave
Lomita CA 90717

PREFERRED BANK
601 S Figueroa St
Los Angeles CA 90017

RW SMITH & CO.
PO Box 26160
San Diego CA 92196


American Arbitration Association
6795 North Palm Ave., 2nd Floor
Fresno CA 93704"

B Wilson Partners LLC
5251 California Ave Ste 120
Irvine CA 92617"

Barkley Court Reporters, Inc.
6151 W Century Blvd Ste 916
Los Angeles CA 90245"

Cellar Masters
2088-A Anchor Court
Newbury Park CA 91320

City National Security
6151 W Century Blvd, Ste 916
Los Angeles CA 90245"

Conrad Associates
7120 Havenhurst Ave Suite 214
Van Nuys CA 91406"

Forensic Tile Consultants
9541 Vervain Street
San Diego CA 92129-3523"

Home Depot
P.O. BOX 6029
THE LAKES NV 88901-6029"

ITC
1601 Pacific Coast Highway Suite 290
Hermosa Beach, CA 90254

Kring & Chung Attorneys LLP
38 Corporate Park Drive
Irvine CA 92606"

Neil D. Kugel, C.P.A.
19108 Derwent Place
Northridge CA 91326"

Parking Concepts, Inc.
12 Mauchly, Building I
Irvine CA 92618"

Ribb Accountancy
1198 Pacific Coast Hwy D310
Seal Beach CA 90740"

Roofing & Waterproofing Forensics
22765 La Palma Ave
Yorba Linda CA 92887-4772"

Schindler Elevator Corporation
PO Box 93050
Chicago IL 60673-3050"

SHEPPARD MULLIN
48th Floor 333 South Hope St
LA, CA 90071

South Bay Fire Extinguisher Co.
1068 Aviation Blvd.
Hermosa Beach CA 90254"

Summit Consulting International
18662 Macarthur Blvd
Irvine, CA 92612

Veritext Los Angeles Reporting Co.
550 South Hope Street Suite 1775
Los Angeles CA 90071"